■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK DESIDERIO, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK,

Respondent, v. WALTER DUNNIGAN, Appellant.— [In each action] Motion by respondent to dismiss appeal granted, and appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.